# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Yayati Patel, Sohini Patel,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 11 C 7058 |
| ) | |
| **Zimmer, Inc., et al,** ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiffs dismiss all claims against all Defendants in this matter without prejudice. Each party shall bear their own respective costs and attorneys fees.

ENTER:

*[signature]*

Dated: February 11, 2015  _____

REBECCA R. PALLMEYER
United States District Judge